(No. 3754—)

ILLINOIS WHEEL & BRAKE COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 12, 1943.*

Claimant, pro se.

GEORGE F. BARRETT, Attorney General; ROBERT V. OSTROM, Assistant Attorney General, for respondent.

ECKERT, J.

Claimant seeks an award for $17.09 for the following items of merchandise and services furnished respondent:

May 6, 1941, 2 Cabriol Shocks, Department of Public Works and Buildings, Division of Highways.................................................. $4.95

July 22, 1941, 2 U. B. Cartridges, Department of Public Works and Buildings, Division of Highways.................................................. 2.87

June 9, 1941, Relining 1 set '37 Chevrolet Truck Shoes, and lining, Department of Public Welfare.................................................. 9.27

It appears from the record that the cartridges received by the Division of Highways were not as originally ordered. An exchange of materials was made, the price remaining the same. Invoice was then vouchered for payment, and payment made by the respondent on August 24, 1941. The other items were received by respondent, but not paid for.

Claimant submitted statements of its charges within a reasonable time. The non-payment is due to no fault of claimant, and when the charges were incurred there remained a sufficient unexpended balance in the appropriations from which payment could have been made. Claimant is therefore entitled to an award. (*Elgin, Joliet and Eastern Railway Company* vs. *State of Illinois*, 10 C. C. R. 243.)

An award is- therefore entered in favor of the claimant in the sum of $14.22.